J. Edwin Waghorne, Jr., Appellee, v. Edwin F. Hogstrom, and Margaret L. Hogstrom, Appellants.

Gen. No. 10,904.

Second District.

October 3, 1956.

Released for publication October 20, 1956.

Boyles & Fisher, and Holland F. FlaHaven, for appellant; Bernard McDevitt, for appellant. Opinion by JUSTICE CROW. Not to be published in full.